HAIGHT v. LE FONCIER DE FRANCE. (Supreme Court Appellate Division, First Department, June 24, 1904.) Action by Charles H. Haight against Le Foncier de France. PER CURIAM. Motion denied.

HALEY, Appellant, v. HOGAN, et al., Respondents. (Supreme Court, Appellate Division, First Department, June 24, 1904.) Action by Michael Haley against Charles W. Hogan and others. J. B. Leavitt, for appellant. H. S. Marshall, for respondents. No opinion. Judgment affirmed, with costs.

In re HANFORD'S ESTATE. (Supreme Court, Appellate Division, Third Department. September 20, 1904.) In the matter of the appraisal, under the taxable transfer act, of the estate of George T. Hanford, deceased. PER CURIAM. Motion denied, upon the payment of $10 costs by the appellant to respondent within 10 days from the service of a copy of this order, with leave to appellant to move, under section 1303 of the Code of Civil Procedure, to perfect his appeal, and for such other relief to which he may consider himself entitled. If such payment be not made within said time, motion granted, with $10 costs.

HARRIS v. KNEELAND. (Supreme Court, Appellate Division, First Department. June 29, 1904.) Action by Addison C. Harris against Sylvester H. Kneeland. No opinion. Motion granted, so far as to dismiss appeal, with $10 costs.

HARRIS, Appellant, v. OTIS ELEVATOR CO., Respondent. (Supreme Court, Appellate Division, First Department. July 13, 1904.) Action by Mary E. Harris, as administratrix, against the Otis Elevator Company. J. C. Guggenheimer, for appellant. J. Notman, for respondent. No opinion. Judgment affirmed, with costs.

HARTZELL, Respondent, v. NEW BRITAIN KNITTING CO., Appellant. (Supreme Court, Appellate Division, First Department. July 13, 1904.) Action by Elmer E. Hartzell against the New Britain Knitting Company. E. A. Philbin, for appellant. J. H. Judge, for respondent. No opinion. Judgment and order affirmed, with costs.

HAWLEY, Appellant, v. HAWLEY, Respondent. (Supreme Court, Appellate Term. June 23, 1904.) Action by Sarah M. Hawley against Walter L. Hawley. From a judgment for defendant, plaintiff appeals. Affirmed. See 88 N. Y. Supp. 606. Raphael J. Moses, for appellant. Job E. Hedges, for respondent. PER CURIAM. The evidence does not disclose the agreement, alleged in the complaint, "that if plaintiff would marry him [the defendant] he would obtain and keep in force a policy of insurance on his life," but at best only a sanction by the father of the plaintiff of engagement upon conditions affecting the financial capacity of the defendant, who, in a letter to the plaintiff, said: "The conditions he names are just and fair, entirely so, and I am fully confident that I shall be able to comply with all of them very soon, to his entire satisfaction." The judgment must be affirmed. Judgment affirmed, with costs.

HEIM, Respondent, v. UNION RY. CO. OF NEW YORK CITY, Appellant. (Supreme Court, Appellate Division, Second Department. September 29, 1904.) Action by Henry Heim, as administrator, etc., of Elizabeth Heim, deceased, against the Union Railway Company of New York City. No opinion. The court desires to see the counsel in this case at the opening of court on Monday next, October 3d.

In re HELIKER. (Supreme Court, Appellate Division, Second Department. July 28, 1904.) In the matter of the application of Edward Heliker, a person interested in the estate of Sarah Miriam Minott, deceased, to revoke the probate of her alleged last will and testament. No opinion. Decree of the Surrogate's Court of Richmond county denying revocation of probate affirmed, with costs.

HENDRICK v. JUDGE. (Supreme Court, Appellate Division, Third Department. June 30, 1904.) Action by Stephen V. R. Hendrick against John Judge. No opinion. Appeals dismissed, with $10 costs in one motion.

HENRY, Appellant, v. BROOKLYN HEIGHTS R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. July 28, 1904.) Action by Augusta C. Henry against the Brooklyn Heights Railroad Company. PER CURIAM. Order of the County Court of Kings county (89 N. Y. Supp. 525) affirmed, with $10 costs and disbursements, on the authority of American Insulator Co. v. Bankers' & Merchants' Telephone Co., 13 Daly, 200.

HERSHFIELD v. METROPOLITAN ST. RY. CO. (Supreme Court, Appellate Division, First Department. June 29, 1904.) Action by Mary Hershfield against the Metropolitan Street Railway Company. No opinion. Motion denied.

HETZEL, Appellant, v. EASTERLY, Respondent, et al. (Supreme Court, Appellate Division, Fourth Department. July 6, 1904.) Action by Joseph Hetzel, Jr., against Eliza H. Easterly and others. PER CURIAM. Judgment and order affirmed, with costs. See opinion in Hetzel v. Easterly (decision in which case is filed herewith) 89 N. Y. Supp. 154.

HILL et al., Respondents, v. THOMPSON, Appellant. (Supreme Court, Appellate Division, First Department. July 13, 1904.) Action by William S. Hill and others against James J. Thompson. F. W. Frost, for appellant. W. D. Moore, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.